Nathan F. Smith, #029780
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
nathan@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| In re:<br><br>Terry Lee Webb<br><br>               Debtor,<br>loanDepot.com, LLC, and its successors and/or assignees,<br><br>               Movant,<br>vs.<br><br>Terry Lee Webb, Debtor, and Dale D. Ulrich, Trustee,<br><br>               Respondents. | Bankruptcy Case No. 2:19-bk-09764-BKM<br><br>Chapter 7<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[Re: 2258 E SANTA CRUZ DR, GILBERT, AZ 85234] |
|---|---|

**TO THE HONORABLE BRENDA K. MARTIN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that loanDepot.com, LLC, and its successors and/or assignees ("Movant"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 7 case.

MOTION FOR RELIEF
JD/B62514

1

Case 2:19-bk-09764-BKM    Doc 81    Filed 06/28/21    Entered 06/28/21 12:18:25    Desc
Main Document    Page 1 of 5

This Motion is based upon the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

Dated: June 28, 2021       Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ Nathan F. Smith, #029780

Nathan F. Smith
Attorney for Movant

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTORY STATEMENT

Movant requests the Court to grant it relief from the automatic stay because debtor has failed to maintain on going monthly mortgage payments to a secured creditor over an extended period of time. Additionally, movant has advanced additional monies for escrow.

## II.

## STATEMENT OF FACTS

1. **The Secured Debt**. On or about December 14, 2017, Terry L. Webb and Mickey E Webb made and delivered a Promissory Note in the original principal amount of $315,268.00, secured by a First Priority Deed of Trust on the Property commonly known as 2258 E SANTA CRUZ DR, GILBERT, AZ 85234 (the "Property"). True and correct copies of the Note and Deed of Trust are attached as Exhibit's "A" and "B".

An Assignment of Deed of Trust recorded August 30, 2019 from Mortgage Electronic Registration Systems, Inc, as beneficiary as nominee for LoanDepot.com, LLC to LoanDepot.com, LLC is attached as Exhibit "C."

2. **The Default Under The Note.** The Note and Deed of Trust are contractually due for the July 1, 2020 payment. As a result of the default, Movant desires to record a Notice of Sale against the Property.

3. **The Debtor's Interest In The Property.** The Debtor is one of the owners of record of the Property.

4. **The Filing Of The Instant Petition.** On or about August 5, 2019, Terry Lee Webb filed the instant Chapter 7 Petition as Case No. 2:19-bk-09764-BKM.

5. **The Total Delinquency.** The Debtor has failed to make payments that have come due. The total delinquency is set forth below:

| 7 | (07/01/2020 - 01/01/2021) | Payments due at | $1,970.40 | $13,792.80 |
| 4 | (02/01/2021 - 05/01/2021) | Payments due at | $1,957.62 | $7,830.48 |
|   |                           | Grand Total     |           | $21,623.28 |

MOTION FOR RELIEF
JD/B62514

6. **The Total Indebtedness Under The First Note.** The total indebtedness owed to Movant, exclusive of attorneys' fees, is as follows:

| Principal Balance | | $299,655.69 |
|---|---|---|
| Interest Accrued to | 05/20/2021 | $9,441.26 |
| Escrow Advance | | $3,506.10 |
| Other Fees Due | | $30.00 |
| Recoverable Balance | | $140.00 |
| Grand Total | | $312,773.05 |

7. **The Total Liens On The Property.** The Property is encumbered by the following liens:

| **SECURED CREDITOR** | **LIEN AMOUNT** |
|---|---|
| 1. Movant (1st Trust Deed) | $312,773.05 |
| **TOTAL** | **$312,773.05** |

8. **The Value Of The Property.** By the Debtor's own admission, the Property has a fair market value of only $436,404.00. True and correct copies of the Debtor's Schedule A and Schedule D are attached hereto as Exhibit "D."

### III.
### RELIEF FROM STAY SHOULD BE GRANTED UNDER S
### SECTION 362(d)(1) FOR CAUSE

Under 11 U.S.C. 362(d)(2), on request of a party in interest, the court shall grant relief from stay for cause. In the case at bar, the Debtors have failed to maintain monthly mortgage payments to a secured creditor over an extended period of time and are due for the July 1, 2020 and subsequent payments. Additionally, the movant has advanced escrow payments in the amount of $3,506.10.

///
///
///
///
///

## IV.
## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, as made applicable herein by Rule 9017 of the Federal Rules of Bankruptcy Procedure, Movant requests that the Court take judicial notice of the following facts:

1. The Property has a fair market value of $436,404.00. See Exhibit "D."
2. The Property is encumbered by a first deed of trust. See Exhibit "B."

## VI.
## CONCLUSION

For the foregoing reasons, and based upon the evidence set forth in this Motion, this Court should grant the relief from the automatic stay to allow Movant to enforce its rights and remedies under its Note and Deed of Trust including a waiver of the 14-day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure. Furthermore, Movant is specifically requesting the Court to award Movant's attorneys' fees and costs incurred in connection with this matter.

Dated: June 28, 2021

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ Nathan F. Smith, #029780

Nathan F. Smith
Attorney for Movant